DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CARL BERNARD REDDING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-902

_____

September 7, 2022

Appeal from the Circuit Court for DeSoto County; Don Thomas Hall, Judge.

Richard F. Della Fera, Richard F. Della Fera, P.A., Fort Lauderdale, for Appellant.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.